NUMBER 13-09-00621-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG 
______________________________________________________________
 
TEXAS A & M UNIVERSITY CORPUS CHRISTI,                        Appellant,

v.

JOHN SECORD,                                                                            Appellee. 
_____________________________________________________________

On Appeal from the County Court at Law No. 2
of Nueces County, Texas.
______________________________________________________________


MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Yañez and Vela
Memorandum Opinion Per Curiam

          Appellant perfected an appeal from a judgment entered by the County Court at Law
No. 2 of Nueces County, Texas, in cause number 08-61432-2. Appellant has filed an
unopposed motion to dismiss the appeal on grounds that the parties have reached an
agreement that renders this appeal moot. Appellant requests that this Court dismiss the
appeal.
          The Court, having considered the documents on file and appellant’s unopposed
motion to dismiss the appeal, is of the opinion that the motion should be granted. See Tex.
R. App. P. 42.1(a). Appellant’s motion to dismiss is granted, and the appeal is hereby
DISMISSED. Costs will be taxed against appellants. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the appellant."). Having dismissed
the appeal at appellants’ request, no motion for rehearing will be entertained, and our
mandate will issue forthwith.
                                                                           PER CURIAM
Delivered and filed 
the 29th day of December, 2009.